No. 27,122.

St. Louis-San Francisco Railway Company, *Appellant,* v. The City of Pleasanton et al., *Appellees.*

(257 Pac. 982.)

POST-DECISION OPINION.

Appeal from Linn district court; Edward C. Gates, judge. Post-decision opinion filed July 11, 1927. (For original opinion see 121 Kan. 559, 247 Pac. 447.)

*R. R. Vermilion, W. F. Lilleston,* both of Wichita, and *E. T. Miller,* of St. Louis, Mo., for the appellant.

*John A. Hall,* of Pleasanton, for the appellees.

The opinion of the court was delivered by

Harvey, J.: In this case, as reported in 121 Kan. 559, 560, 247 Pac. 447, 448, an erroneous citation was given. The sentence as printed reads:

"The proceeding in this case was under R. S. 12-607, *et seq.,* which do not require such a resolution." (p. 560.)

The citation to the statute was an error; it should have been R. S. 12-617. The error is hereby corrected, on the court's own motion.

Courts, 15 C. J. p. 975 n. 10.